UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
Anesiva Inc., Consolidated with Algorx Pharmaceuticals Inc.

Case No: 10-30113 SDM & 10-30116 SDM

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for R.R. Donnelley & Sons Company, claimant, hereby petitions the Court for $15,721.07, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to RR Donnelley Co., creditor.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to a RR Donnelley Co. at 3075 Highland Pkwy., 5th Fl., Downers Grover, IL 60515. That address is no longer valid. The current address is listed below. The change in mailing address may have prevented delivery of the original dividend check. "RR Donnelley Co." is short for R.R. Donnelley & Sons Company, as evidenced by Exhibit A. Exhibit A also shows proof of address. Our signer, Dan Pevonka is also the signer of the Proof of Claim.

The Creditor's mailing address at the time the claim was filed with the Court was:

RR Donnelley Co.
RR Donnelley Receivables Inc.,
Attn: Robert Larsen
3075 Highland Pkwy., 5th Fl.
Downers Grover, IL 60515

The claimant's current mailing address is:

R.R. Donnelley & Sons Company
Dan Pevonka Director Credit Services
4101 Winfield Rd
Warrenville, IL 60555
630-322-6006
Last four digits of SS#/Tax ID: 4130

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: April 8, 2014

*[signature]*
Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center St, Snoqualmie WA 98065
(425) 836-5728

Subscribed and Sworn Before Me this __8th__ day of __April__, 20__14__.

SEAL

*[signature]*
Andrew T. Drake, Notary Public
My commission expires: August 9, 2015
Notary in and for the State of Washington

*[Notary seal: ANDREW T. DRAKE, COMMISSION EXPIRES 8-09-15, NOTARY PUBLIC, STATE OF WASHINGTON]*